# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130965

BEVERLY A. MOORE,
      Plaintiff-Appellant,

v

LISETTE A. EGAN, BRIAN OBERLY, PATTY
SCHOECK, YVONNE BROWNLEE, ALICIA
HORVATH, and SISTERS OF BON SECOURS
NURSING CARE CENTER,
      Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130965
COA: 262390
Wayne CC: 04-416248-CD

_____/

On order of the Court, the application for leave to appeal the February 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

s0724